UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-35370-KLP |
| Taft Stewart, Jr. ) | |
| Joyce Stewart ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtor(s) ) | |
| ) | |

Wells Fargo Bank, N.A.

                                                  Plaintiff

Vs.

Taft Stewart, Jr.
Joyce Stewart                           Debtor(s)

RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes the Debtor(s) in this matter, by counsel, and as and for Debtor(s) Response to the PLAINTIFF's Motion for Relief from Automatic Stay filed on 12/11/13, says as follows:

1. That they deny the allegations contained in paragraphs 9 and 10 of the Motion and ask for strict proof thereof.

WHEREFORE, Debtor(s) respectfully move the Court that the Motion be denied.

                                Respectfully submitted:

                                Taft Stewart, Jr.

                                Joyce Stewart
                                BY: /s/ Richard J. Oulton
                                        Counsel

Richard J. Oulton, VSB#29640
Linda D. Jennings, VSB#19455
The America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: (804) 506-0177
fax: (804) 201-4707

Certificate of Service

  I certify that on December 27, 2013, I sent a true copy of the foregoing Answer by ECF transmittal, first class mail, postage prepaid, via e-mail or fax to the following parties:

Brandon R. Jordon, Esquire
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Carl M. Bates, Chapter 13 Trustee

            <u>/s/ Richard J. Oulton</u>
            Richard J. Oulton